Exhibit 1




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-419-006

**Effective Date of Registration:**
September 27, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Cute Little Panda Enjoying Boba Tea |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | November 28, 2020 |
| Nation of 1st Publication: | Singapore |

## Author

| | |
|---|---|
| • Author: | Yongxiang Chan |
| Pseudonym: | RustyDoodle |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | Singapore |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Yongxiang Chan |
| | #16-52 161C, Jalan Teck Whye, 683161, Singapore |

## Rights and Permissions

| | |
|---|---|
| Name: | Yongxiang Chan |
| Email: | askrustyd@gmail.com |
| Address: | #16-52 161C |
| | Jalan Teck Whye 683161 Singapore |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-418-985

**Effective Date of Registration:**
September 27, 2024
**Registration Decision Date:**
October 23, 2024

## Title

| | |
|---|---|
| Title of Work: | Cute Capybara Chilling On Pink Flamingo Pool Float |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | May 24, 2021 |
| Nation of 1st Publication: | Singapore |

## Author

| | |
|---|---|
| • Author: | Yongxiang Chan |
| Pseudonym: | RustyDoodle |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | Singapore |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Yongxiang Chan |
| | #16-52 161C, Jalan Teck Whye, 683161, Singapore |

## Rights and Permissions

| | |
|---|---|
| Name: | Yongxiang Chan |
| Email: | askrustyd@gmail.com |
| Address: | #16-52 161C |
| | Jalan Teck Whye 683161 Singapore |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-419-302

**Effective Date of Registration:**
September 27, 2024
**Registration Decision Date:**
October 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Balloons and Cute Axolotl Doodle |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 22, 2021 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| • **Author:** | Yongxiang Chan |
| **Pseudonym:** | RustyDoodle |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yongxiang Chan |
| | #16-52 161C, Jalan Teck Whye, 683161, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yongxiang Chan |
| **Email:** | askrustyd@gmail.com |
| **Address:** | #16-52 161C |
| | Jalan Teck Whye 683161 Singapore |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-418-980

**Effective Date of Registration:**
September 27, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Cute Boba Tea Love Doodle |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | December 18, 2020 |
| Nation of 1st Publication: | Singapore |

## Author

| | |
|---|---|
| • Author: | Yongxiang Chan |
| Pseudonym: | RustyDoodle |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | Singapore |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Yongxiang Chan |
| | #16-52 161C, Jalan Teck Whye, 683161, Singapore |

## Rights and Permissions

| | |
|---|---|
| Name: | Yongxiang Chan |
| Email: | askrustyd@gmail.com |
| Address: | #16-52 161C |
| | Jalan Teck Whye 683161 Singapore |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2


# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-288**
**Effective Date of Registration:**
September 27, 2024
**Registration Decision Date:**
October 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Chill Capybara Drinking Coconut Juice |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | March 01, 2022 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| • **Author:** | Yongxiang Chan |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yongxiang Chan |
| | #16-52 161C, Jalan Teck Whye, 683161, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yongxiang Chan |
| **Email:** | askrustyd@gmail.com |
| **Address:** | #16-52 161C |
| | Jalan Teck Whye 683161 Singapore |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 27, 2024 |

Page 1 of 2

