IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YONGXIANG CHAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-09014

Judge Virginia M. Kendall

Magistrate Judge Laura K. McNally

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | YANdesmoa |
| 3 | fanlaier |
| 6 | FYuushai |
| 7 | JAYnadwd |
| 8 | ChaoYao |
| 9 | KAIlaicia |
| 10 | TongMall |
| 13 | yaping |
| 15 | Hei Jing |
| 16 | dalianjingheqingshipinshangmaoyouxiangongsi |
| 17 | ZCXDF |
| 19 | Seeyeon |
| 20 | YMMRSK |
| 29 | YjingsLOksi |
| 30 | fsqqmMY |
| 33 | zerongdianziyouxiangongsi |
| 35 | MODEBESO International |
| 37 | guangzhoujiatongkejiyouxiangongsi |
| 38 | QInyumz |
| 39 | silicone |

| | |
|---|---|
| 40 | ZUOKA |
| 45 | Golodaus |
| 46 | NQMX |
| 49 | QIYUE STORE |
| 52 | Bert Jenny |
| 54 | JUN HUA |
| 58 | YQ trade |
| 62 | LAYAHAGO |
| 63 | Hilikol Direct |
| 65 | Ruichen Co., Ltd. |
| 69 | Minkia |
| 71 | Dosoco |
| 76 | LingcifangCo., Ltd |
| 83 | YouYouMao |
| 87 | Telafaer |
| 89 | QIUYUEMIN |
| 90 | Bcrafene |
| 92 | Kcahpte |
| 127 | my stationery |
| 128 | moorgeen |
| 132 | LERAOTE |
| 133 | DUO LE |
| 135 | jianglong |
| 140 | LIUYIWENG |
| 146 | TTYQ HOMEY |
| 147 | QI PU Shop |
| 148 | ZH Stickers Shop |
| 149 | TUle sticker |
| 150 | Jk |
| 184 | HUAIYUAN SHOP |
| 185 | LYW LLL |

DATED:  September 18, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　Keith A. Vogt
　　　　　　　　　　　　　　　　　　IL Bar No. 6207971; FL Bar No. 1036084
　　　　　　　　　　　　　　　　　　Keith A. Vogt PLLC
　　　　　　　　　　　　　　　　　　15275 Collier Boulevard, Ste. 201-2061
　　　　　　　　　　　　　　　　　　Naples, Florida 34119-6750
　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt